UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROMEO & JULIETTE LASER HAIR REMOVAL, INC., Plaintiff,
d/b/a ROMEO & JULIETTE HAIR REMOVAL,

-v-

ASSARA I LLC., d/b/a ASSARA LASER CENTER NYC, ASSARA
LASER and MANHATTAN LASER HAIR REMOVAL, JAY SHUMAN
a/k/a JEROME SHUMAN, WILL SHUMAN and DR. SAM TAYER,

Defendants.

JUDGE GRIESA
ECF CASE

08 CV 0442 (TPG)

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

plaintiff    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** January 17, 2008

Signature of Attorney

**Attorney Bar Code:** DF 2936

Form Rule7_1.pdf  SDNY Web 10/2007