DAVID K. FIVESON, ESQ. (DF 2936)
BUTLER, FITZGERALD, FIVESON & McCARTHY
A Professional Corporation
Attorneys for Plaintiff
350 Fifth Avenue
Suite 6215
New York, New York 10118
(212) 615-2200
(212) 615-2215 (Fax)
dfiveson@bffmlaw.com (e-mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROMEO & JULIETTE LASER HAIR REMOVAL, INC.,
d/b/a ROMEO & JULIETTE HAIR REMOVAL,

          Plaintiff,

   -against-                                        08 Civ. 0442 (TPG)

ASSARA I LLC., d/b/a ASSARA LASER CENTER NYC,    ECF CASE
ASSARA LASER and MANHATTAN LASER HAIR
REMOVAL, JAY SHUMAN a/k/a JEROME SHUMAN,
WILL SHUMAN and DR. SAM TAYER,

          Defendants.
------------------------------------------------------------------X

**AFFIDAVITS OF SERVICE UPON
ASSARA I LLC., d/b/a ASSARA LASER,
ASSARA LASER CENTER NYC and
MANHATTAN LASER HAIR REMOVAL**

New York Department of State
Receipt for Service

Receipt #: 200802140307                          Cash #: 200802140343
Date of Service: 02/13/2008                      Fee Paid: $40 - DRAWDOWN
Service Company: 14 GERALD WEINBERG, INC. - 14

Service was directed to be made pursuant to: SECTION 303 OF THE LIMITED
   LIABILITY COMPANY LAW

Party Served: ASSARA I LLC


Plaintiff/Petitioner:
          ROMEO & JULIETTE LASER HAIR REMOVAL, INC.


Service of Process Address:
ASSARA I LLC
235 W 48TH ST
29D
NEW YORK, NY 10036

                                                 Secretary of State
                                                 By  DONNA CHRISTIE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

                                                 Plaintiff,
**ROMEO & JULIETTE LASER HAIR REMOVAL, INC.  INDEX# 08 CV 04421**

**--- AGAINST ---**

**ASSARA I LLC, ET. AL.**
                                                 Defendant,

---

STATE OF NEW YORK)
                     )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 13th day of February, 2008, she served the Summons in a Civil Action, Complaint and Attachments on ASSARA I LLC, a limited liability company, one of the defendants in this action by personally delivering to and leaving with a person, DONNA CHRISTIE, white woman, approximately 42 years of age, 5'4", blond hair, blue eyes and approximately 137lbs authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

                                                              MARIA SCHMITZ

Sworn before me this
13th day of February, 2008

LAWRENCE A. KIRSCH
  4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011

⬥AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

| Southern | District of | New York |

ROMEO & JULIETTE LASER HAIR REMOVAL, INC.,
b/a ROMEO & JULIETTE HAIR REMOVAL,

    Plaintiff,

    V.

SARA I LLC., d/b/a ASSARA LASER CENTER NYC,
SARA LASER and MANHATTAN LASER HAIR REMOVAL,
Y SHUMAN a/k/a JEROME SHUMAN, WILL SHUMAN
d DR. SAM TAYER,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 0442 (TPG)
ECF CASE

08 CV 0442

TO: (Name and address of Defendant)
Assara I LLC., d/b/a Assara Laser,
Assara Laser Center NYC and
Manhattan Laser Hair Removal
235 West 48th Street
Unit 29 D
New York, New York 10036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

TLER, FITZGERALD, FIVESON & McCARTHY, A Professional Corporation
0 Fifth Avenue, Suite 6215, New York, New York 10118
12) 615-2200

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. ___AEL__

CLERK

_(signature)_

(By) DEPUTY CLERK

JAN 1 7 2008

DATE