DAVID K. FIVESON, ESQ. (DF 2936)
BUTLER, FITZGERALD, FIVESON & McCARTHY
A Professional Corporation
Attorneys for Plaintiff
350 Fifth Avenue
Suite 6215
New York, New York 10118
(212) 615-2200
(212) 615-2215 (Fax)
dfiveson@bffmlaw.com (e-mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ROMEO & JULIETTE LASER HAIR REMOVAL, INC.,
d/b/a ROMEO & JULIETTE HAIR REMOVAL,

         Plaintiff,

  -against-                                        08 Civ. 0442 (TPG)

ASSARA I LLC., d/b/a ASSARA LASER CENTER NYC,    ECF CASE
ASSARA LASER and MANHATTAN LASER HAIR
REMOVAL, JAY SHUMAN a/k/a JEROME SHUMAN,
WILL SHUMAN and DR. SAM TAYER,

         Defendants.
-----------------------------------------------------------------------X

## AFFIDAVITS OF SERVICE UPON
## JAY SHUMAN a/k/a JEROME SHUMAN

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Feb. 19, 2008 |
| NAME OF SERVER (PRINT) Stanley Feinman | TITLE NYS Lic Private Investigator |

*Check one box below to indicate appropriate method of service*

Service on Jay Shuman a/k/a Jerome Shuman

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. on February 16, 2008 at 4:37 PM at 235 W. 48th St. Apt. 29D, New York, NY 10036
Name of person with whom the summons and complaint were left: Mark Gong - male - white skin- black hair - 36-45 yeara old - 5'9"-6' - 161-180 lbs

☐ Returned unexecuted:

☒ Other (specify): Service was made in the presence of two NYPD Officers
Badges #23520 and #17650
Copy of documents also mailed 1st class mail and Certified Mail Return Receipt Requested #7007 0220 0003 9337 8537

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Feb. 19, 2008
                    Date                             Signature of Server

Howard M. Gallin, ESQ
Notary Public of New York
ID #02GA4685719
Qualified in Suffolk County
Comm Expires, Feb 28, 20 11

Roslyn, New York
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ROMEO & JULIETTE LASER HAIR REMOVAL, INC.,
d/b/a ROMEO & JULIETTE HAIR REMOVAL,

    Plaintiff,

V.

ASSARA I LLC., d/b/a ASSARA LASER CENTER NYC,
ASSARA LASER and MANHATTAN LASER HAIR REMOVAL,
JAY SHUMAN a/k/a JEROME SHUMAN, WILL SHUMAN
and DR. SAM TAYER,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 0442 (TPG)
ECF CASE

TO: (Name and address of Defendant)
Jay Shuman a/k/a Jerome Shuman
7 West 51st Street
2nd Floor
New York, New York 10019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BUTLER, FITZGERALD, FIVESON & McCARTHY, A Professional Corporation
50 Fifth Avenue, Suite 6215, New York, New York 10118
(212) 615-2200

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  JAN 17 2008

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Feb. ±9, 2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Peter Olphie | NYS Lic Private Investigator |

*Check one box below to indicate appropriate method of service*

Service on Jay Shuman a/k/a Jerome Shuman
☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served Elizabeth Botte, employee of Jay Shuman a/k/a Jerome Shuman at Assara Laser. Served at 9:27 AM on Feb. 19, 2008 at 7 West 51st Street, 2nd Floor, New York, NY – female – 5'7" – 120 lbs – 25 years – Brn Hair – Wht Skin AND mail 1st class mail and Certified Mail Return Receipt Requested #7007 0220 0003 9337 8520

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Feb. 19, 2008
                        Date

Signature of Server

Roslyn, NY
Address of Server

STANLEY FEINMAN
NOTARY PUBLIC, State Of New York
No. 4792237
Qualified in Nassau County
Term Expires AUG 31, 2009

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

ROMEO & JULIETTE LASER HAIR REMOVAL, INC.,
d/b/a ROMEO & JULIETTE HAIR REMOVAL,

    Plaintiff,

V.

ASSARA I LLC., d/b/a ASSARA LASER CENTER NYC,
ASSARA LASER and MANHATTAN LASER HAIR REMOVAL,
JAY SHUMAN a/k/a JEROME SHUMAN, WILL SHUMAN
and DR. SAM TAYER,

    Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 0442 (TPG)
ECF CASE

TO: (Name and address of Defendant)
Jay Shuman a/k/a Jerome Shuman
7 West 51st Street
2nd Floor
New York, New York 10019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

UTLER, FITZGERALD, FIVESON & McCARTHY, A Professional Corporation
50 Fifth Avenue, Suite 6215, New York, New York 10118
(212) 615-2200

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE JAN 17 2008

(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Index No. 08-CV-0442
ECF Case

ROMEO & JULIETTE LASER HAIR REMOVAL, INC., d/b/a ROMEO & JULIETTE HAIR REMOVAL

*Plaintiff(s) Petitioner(s)*

against

ASSARA I LLC., d/b/a ASSARA LASER CENTER NYC, ASSARA LASER and MANHATTAN LASER HAIR REMOVAL, ET AL.

*Defendant(s) Respondent(s)*

Nassau COUNTY, NEW YORK STATE: Peter Olphie being sworn says: Deponent is not a party herein, is over 18 years of age and resides at Roslyn, NY

On Feb. 19, 2008 at 9:27 A.M., at Assara Laser, 2nd Fl., 7 W 51st St., NY, NY deponent served the within:

[XX] Summons in a Civil Action, Complaint, Letter as per 3rd Amended Instructions for filing with attachments

[XX] defendant (hereinafter called therein named the recipient)

on Jay Shuman a/k/a Jerome Shuman

**SUITABLE AGE PERSON 3.** [XX] by delivering thereat a true copy of each to Elizabeth Botte, employee at Assara, a person of suitable age and discretion. Said premises is recipient's [XX] actual place of business.

**MAILING TO BUSINESS USE WITH 3 OR 4, 5B.** [XX] Deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business, at Jay Shuman a/k/a Jerome Shuman c/o Assara, 7 W. 51st., 2nd Fl. NY, NY 10019 in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant. Also mailed certified mail return receipt requested #7007 0220 0003 9337 8520

**DESCRIPTION:** [XX] Female, White Skin, Brown Hair, 21-35 Yrs., 5'4"-5'8", 100-130 Lbs.

**MILITARY SERVICE** [XX] Upon information and belief I aver that the recipient is not in military service of New York State or of the United States.

Sworn to before me on Feb. 19, 2008

_Stanley Feinman_
STANLEY FEINMAN
NOTARY PUBLIC, State Of New York
No. 4792237
Qualified in Nassau County
Term Expires Aug 31, 2009

_Peter Olphie_
Peter Olphie

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 08-CV-0442
ECF Case

ROMEO & JULIETTE LASER HAIR REMOVAL, INC.,
d/b/a ROMEO & JULIETTE HAIR REMOVAL

*Plaintiff(s) Petitioner(s)*

Calendar No.

against

ASSARA I LLC., d/b/a ASSARA LASER CENTER NYC, ASSARA LASER
and MANHATTAN LASER HAIR REMOVAL, ET AL.

*Defendant(s) Respondent(s)*

AFFIDAVIT OF SERVICE

Nassau COUNTY, NEW YORK STATE: Stanley Feinman being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Roslyn, New York

On Feb. 16, 2008 at 4:37 P.M., at 235 West 48th Street, New York, NY Apartment 29D deponent served the within:

- [ ] summons  [ ] with notice
- [ ] summons and complaint
- [ ] notice of petition and petition
- [ ] subpoena  [ ] subpoena duces tecum
- [ ] summons, Spanish summons and complaint, the language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)
- [ ] citation
- [x] Summons in a Civil Action, Complaint, Letter as per 3rd Amended Instructions for filing with attachments

on Jay Shuman a/k/a Jerome Shuman

- [x] defendant
- [ ] respondent
- [ ] witness

(hereinafter called the recipient therein named)

**INDIVIDUAL 1.** [ ] by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** [ ] a _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof

**SUITABLE AGE PERSON 3.** [x] by delivering thereat a true copy of each to Mark Gong a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [x] dwelling place [ ] usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling place [ ] usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

Deponent talked to _____ at said premises who stated that recipient [ ] lived [ ] worked there.

**MAILING TO RESIDENCE USE WITH 3 OR 4**
**5A.** [x] Deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at 235 W. 48th St., New York, NY 10036 - Apt 29D and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State. Mailed 1st Class and Certified Mail, Return Receipt Requested.

**MAILING TO BUSINESS USE WITH 3 OR 4**
**5B.** [ ] Deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business, at _____ in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION** [x]
- [x] Male / [ ] Female
- [x] White Skin / [ ] Black Skin / [ ] Yellow Skin / [ ] Brown Skin / [ ] Red Skin
- [x] Black Hair / [ ] Brown Hair / [ ] Blonde Hair / [ ] Gray Hair / [ ] Red Hair
- [ ] White Hair / [ ] Balding / [ ] Mustache / [ ] Beard / [ ] Glasses
- [ ] 14-20 Yrs. / [ ] 21-35 Yrs. / [x] 36-50 Yrs. / [ ] 51-65 Yrs. / [ ] Over 65 Yrs.
- [ ] Under 5' / [ ] 5'0"-5'3" / [ ] 5'4"-5'8" / [x] 5'9"-6'0" / [ ] Over 6'
- [ ] Under 100 Lbs. / [ ] 100-130 Lbs. / [ ] 131-160 Lbs. / [x] 161-200 Lbs. / [ ] Over 200 Lbs.

Other identifying features:

**WITNESS FEES** [ ] $ _____ the authorizing traveling expenses and one days' witness fee:
- [ ] was paid (tendered) to the recipient
- [ ] was mailed to the witness with subpoena copy.

**MILITARY SERVICE** [x] I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.
Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Deponent was accompanied by 2 NYPD Officers.
Badge #23520 & #17650

Sworn to before me on
Feb. 19, 2008

Howard M. Gallin, ESQ
Notary Public of New York
ID #02GA4685719
Qualified in Suffolk County
Comm Expires, Feb 28, 2011

Stanley Feinman