DAVID K. FIVESON, ESQ. (DF 2936)
BUTLER, FITZGERALD, FIVESON & McCARTHY
A Professional Corporation
Attorneys for Plaintiff
350 Fifth Avenue
Suite 6215
New York, New York  10118
(212) 615-2200
(212) 615-2215 (Fax)
dfiveson@bffmlaw.com (e-mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROMEO & JULIETTE LASER HAIR REMOVAL, INC.,
d/b/a ROMEO & JULIETTE HAIR REMOVAL,

        Plaintiff,

  -against-                                              08 Civ. 0442 (TPG)

ASSARA I LLC., d/b/a ASSARA LASER CENTER NYC,      ECF CASE
ASSARA LASER and MANHATTAN LASER HAIR
REMOVAL, JAY SHUMAN a/k/a JEROME SHUMAN,
WILL SHUMAN and DR. SAM TAYER,

        Defendants.
------------------------------------------------------------------X

                                **AFFIDAVITS OF SERVICE UPON
                                      DR. SAM TAYER**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE Feb. 19, 2008 |
| NAME OF SERVER (PRINT) Peter Olphie | TITLE NYS Lic Private Investigator |

*Check one box below to indicate appropriate method of service*

Service on Dr. Sam Tayer

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): On Feb. 19, 2008 at 9:27AM I Served Elizabeth Botte, employee of Assara Laser, employee of Dr. Sam Tayer, at Assara Laser, 2nd Fl., 7 W. 51st St., NY, NY 10019 - female - 5' 7" - 120 lbs - 25 years - Brn Hair - Wht Skin - AND mailed copies of documents first class mail and Certified mail return receipt requested #7007 0220 0003 9337 8506

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Feb. 19, 2008
                    Date

Signature of Server: *Peter Olphie*

Address of Server: Roslyn, NY

STANLEY FEINMAN
NOTARY PUBLIC, State Of New York
No. 4792237
Qualified in Nassau County
Term Expires 10/31/2009

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

Southern  District of  New York

ROMEO & JULIETTE LASER HAIR REMOVAL, INC.,
d/b/a ROMEO & JULIETTE HAIR REMOVAL,

        Plaintiff,

V.

ASSARA I LLC., d/b/a ASSARA LASER CENTER NYC,
ASSARA LASER and MANHATTAN LASER HAIR REMOVAL,
JAY SHUMAN a/k/a JEROME SHUMAN, WILL SHUMAN
and DR. SAM TAYER,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

JUDGE GRIESA

08 CV 0442 (TPG)
CASE NUMBER: ECF CASE

08 CV 0442

TO: (Name and address of Defendant)
Dr. Sam Tayer
7 West 51st Street
2nd Floor
New York, New York   10019

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BUTLER, FITZGERALD, FIVESON & McCARTHY, A Professional Corporation
350 Fifth Avenue, Suite 6215, New York, New York 10118
(212) 615-2200

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. M[illegible]ON            JAN 17 2008

CLERK            DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. 08-CV-0442
ECF Case
Calendar No.

ROMEO & JULIETTE LASER HAIR REMOVAL, INC.,
d/b/a ROMEO & JULIETTE HAIR REMOVAL

*Plaintiff(s) Petitioner(s)*

against

ASSARA I LLC., d/b/a ASSARA LASER CENTER NYC, ASSARA LASER
and MANHATTAN LASER HAIR REMOVAL, ET AL.

*Defendant(s) Respondent(s)*

AFFIDAVIT OF SERVICE

Nassau COUNTY, NEW YORK STATE: Peter Olphie being sworn says: Deponent is not a party herein, is over 18 years of age and resides at Roslyn, NY

On Feb. 19, 2008 XX at 9:27A .M., at Assar Laser, 2nd Fl., 7 W 51st St., NY, NY 10019 deponent served the within
☐ summons   ☐ with notice
☐ summons and complaint
☐ notice of petition and petition
☐ subpoena   ☐ subpoena duces tecum

☐ summons, Spanish summons and complaint, the language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of the summons(es)
☐ citation
XX Summons in a Civil Action, Complaint, Letter as per 3rd Amended Instructions for filing with attachments

on Dr. Sam Tayer

XX defendant (hereinafter
☐ respondent called therein named
☐ witness the recipient)

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☐ a _____ corporation, by delivering thereat a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be _____ thereof

**SUITABLE AGE PERSON 3.** XX by delivering thereat a true copy of each to Elizabeth Botte, employee of Assara Laser a person of suitable age and discretion. Said premises is recipient's XX actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called ther

Deponent talked to _____ at said premises who stated that recipient ☐ lived ☐ worked there.

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, a _____ and deposited said envelope in a official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** XX Deponent enclosed a copy of same in a first class postpaid envelope properly addressed to defendant at defendant's actual place of business, a Dr. Sam Tayer, c/o Assara Laser, 7 W. 51st St., 2nd Fl., NY, NY 10019 in an official depositor under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant. and mailing certified mail return receipt requested # 7007 0220 0003 9337 8506

**DESCRIPTION XX**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | XX White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| XX Female | ☐ Black Skin | XX Brown Hair | ☐ Balding | XX 21-35 Yrs. | ☐ 5'0"-5'3" | XX 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | XX 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**WITNESS FEES** ☐ $ _____ the authorizing traveling expenses and one days' witness fee: ☐ was paid (tendered) to the recipient
☐ was mailed to the witness with subpoena copy.

**MILITARY SERVICE XX** I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whateve and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of m belief are the conversations and observations above narrated.
Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on
Feb. 19, 2008

STANLEY FEINMAN
NOTARY PUBLIC, State Of New York
No. 4792237
Qualified in Nassau County
Term Expires AUG 31, 2009

Peter Olphie