DAVID K. FIVESON, ESQ. (DF 2936)
BUTLER, FITZGERALD, FIVESON & McCARTHY
A Professional Corporation
Attorneys for Plaintiff
36 West 44th Street, Suite 816
New York, New York   10036
(212) 615-2200
(212) 615-2215 (Fax)
dfiveson@bffmlaw.com (e-mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ROMEO & JULIETTE LASER HAIR REMOVAL, INC.,
d/b/a ROMEO & JULIETTE HAIR REMOVAL,

                                               Plaintiff,

08 Civ. 0442 (TPG)

-against-

**NOTICE OF MOTION**

ECF CASE

ASSARA I LLC., d/b/a ASSARA LASER CENTER NYC,
ASSARA LASER and MANHATTAN LASER HAIR
REMOVAL, JAY SHUMAN a/k/a JEROME SHUMAN,
WILL SHUMAN and DR. SAM TAYER,

                                    Defendants.
-------------------------------------------------------------------------X

PLEASE TAKE NOTICE that, upon the Complaint herein, the accompanying

Rule 56.1 Statement of Plaintiff Romeo & Juliette Laser Hair Removal, Inc., d/b/a Romeo &

Juliette Hair Removal ("Romeo & Juliette"), the Affirmation of David K. Fiveson, dated June 4,

2008, the Affidavit of Christian Karavolas, sworn to on June 4, 2008, together with the exhibits

thereto, the accompanying memorandum of law, and all prior pleadings and proceedings herein,

Romeo & Juliette will move this Court, before the Honorable Thomas P. Griesa, at the United

States Courthouse, 500 Pearl Street, New York, New York, on July 1, 2008 at 10:00 a.m., or as

soon thereafter as counsel may be heard, for an Order, pursuant to Rule 56 of the Federal Rules

of Civil Procedure, (i) granting partial summary judgment in favor of Plaintiff and against

Defendants Assara I LLC., d/b/a Assara Laser Center NYC, Assara Laser and Manhattan Laser

Hair Removal ("Assara"), Jay Shuman a/k/a Jerome Shuman, Will Shuman and Dr. Sam Tayer

(collectively with Assara, the "Assara Defendants") on the issue of liability on each Count in the

Complaint, (ii) ordering a schedule to conduct discovery on the issue of damages, and (iii)

awarding Romeo & Juliette a permanent injunction prohibiting any of the Assara Defendants,

their agents or employees, or any organization owned, operated or affiliated with any of the

Assara Defendants, from referring in their advertising and on their websites to Romeo &

Juliette's trade name, anything similar to or incorporating any part of Romeo & Juliette's trade

name, or any Romeo & Juliette trademark used by Plaintiff on its website to market its services

to the consumer public.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 6.1(b) of the Local

Civil Rules of this Court, answering papers shall be served on the undersigned on or before June

18, 2008.

Dated: New York, New York
       June 4, 2008

BUTLER, FITZGERALD, FIVESON
  & McCARTHY
A Professional Corporation

By:_____
    David K. Fiveson, Esq. (DF 2936)
    David J. McCarthy, Esq. (DM 7910)
36 West 44th Street, Suite 816
New York, New York   10036
(212) 615-2200

Attorneys for Plaintiffs
  Romeo & Juliette Laser Hair Removal,
  Inc., d/b/a Romeo & Juliette Hair Removal

2

TO:    Will Shuman, Esq. (individually and as attorney for all defendants)
235 West 48th Street
Apartment 29D
New York, New York   10036
will@assaralaser.com (e-mail)

Jay Shuman a/k/a Jerome Shuman
235 West 48th Street
Apartment 29D
New York, New York   10036

Assara I LLC
235 West 48th Street
Apartment 29D
New York, New York   10036

Assara I LLC
7 West 51st Street, 2d Floor
New York, New York   10019

Dr. Sam Tayer
Assara Laser
7 West 51st Street, 2d Floor
New York, New York   10019

STATE OF NEW YORK      )
                                         ) ss.:
COUNTY OF NEW YORK   )


      JOEL JEAN, being duly sworn, deposes and says:  that deponent is not a party to the action, is over 18 years of age, resides at 36 West 44th Street, Suite 816, New York, New York 10036, and that on the 4th day of June, 2008 deponent served the within **NOTICE OF MOTION** upon:


Will Shuman, Esq. (individually and
  as attorney for all defendants)
235 West 48th Street
Apartment 29D
New York, New York   10036
will@assaralaser.com (e-mail)

Jay Shuman a/k/a Jerome Shuman
235 West 48th Street
Apartment 29D
New York, New York   10036


Assara I LLC
235 West 48th Street
Apartment 29D
New York, New York   10036


by leaving the document in sealed envelopes, separately addressed to each of the persons referenced above, and leaving those envelopes with a security guard at that building who was told in my presence by someone at the aforementioned address that he should accept service on behalf of those persons (the security guard who was told to accept service is approximately 45 years old with olive skin, black hair, brown eyes, approximately 6 feet 3 inches tall, and wears glasses).


      On that same date, I also served the document upon:


Assara I LLC
7 West 51st Street, 2d Floor
New York, New York   10019

Dr. Sam Tayer
7 West 51st Street, 2d Floor
New York, New York   10019


by leaving the document in sealed envelopes, separately addressed to each of the persons referenced immediately above, and leaving those envelopes with a man at that address who

identified himself as Mark Bakker and who said he was the executive manager of Assara LLC and was authorized to accept service on behalf of Assara I LLC and Dr. Sam Tayer.

_____
JOEL JEAN

Sworn to before me this
5ᵗʰ day of June, 2008

_____
Notary Public
GERALDINE PERRY
Notary Public, State of New York
No. 01PE487-9187
Qualified in N.Y. County
Commission Expires Dec. 1, 19— 2010