UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
ROMEO & JULIETTE LASER
REMOVAL, INC. d/b/a ROMEO &
JULIETTE HAIR REMOVAL,

    Plaintiff,                                **NOTICE OF APPEARANCE**

    -against-                                 08 Civ. 0442 (TPG)

ASSARA I LLC, d/b/a ASSARA LASER         ECF CASE (electronically
CENTER NYC, ASSARA LASER, et al.,        (filed)

    Defendants.
_____x

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Assara I LLC,

Will Shuman, Jay Shuman and Dr. Sam Tayar.

I certify that I am admitted to practice in this Court.


Dated: New York, New York
       July 8, 2008                           WILL SHUMAN, ESQ. (WS 3237)
                                              *Counsel for the defendants*


                                              /s/ will shuman_____

                                              235 West 48th Street
                                              Apartment 29D
                                              New York, NY 10036
                                              (646) 964-5204

TO:   Butler, Fitzgerald, Fiveson & McCarthy
	David K. Fiveson, Esq.
	David J. McCarthy, Esq.
	36 West 44th Street, Suite 816
	New York, New York 10036
	(212) 615-2215

	Attorneys for Plaintiff Romeo &
	Juliette Laser Hair Removal,
	Inc., d/b/a Romeo & Juliette Hair
	Removal