UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
ROMEO & JULIETTE LASER HAIR
REMOVAL, INC. d/b/a ROMEO &
JULIETTE HAIR REMOVAL,

    Plaintiff,   **NOTICE OF APPEARANCE**

    -against-   08 Civ. 0442 (TPG)

ASSARA I LLC, d/b/a ASSARA LASER   ECF CASE (electronically
CENTER NYC, ASSARA LASER, et al.,   (filed)

    Defendants.
_____x

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants Assara I LLC,

Will Shuman, Jay Shuman and Dr. Sam Tayar.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
      July 8, 2008   WILL SHUMAN, ESQ. (WS 3237)
   *Counsel for the defendants*

   /s/ will shuman_____

   235 West 48th Street
   Apartment 29D
   New York, NY 10036
   (646) 964-5204

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2008, I served the foregoing Notice of Appearance of Will Shuman upon the following counsel via the ECF filing system.

TO:    Butler, Fitzgerald, Fiveson & McCarthy
David K. Fiveson, Esq.
David J. McCarthy, Esq.
36 West 44th Street, Suite 816
New York, New York 10036
(212) 615-2215

Attorneys for Plaintiff Romeo & Juliette Laser Hair Removal, Inc., d/b/a Romeo & Juliette Hair Removal

Respectfully submitted,

Assara I LLC, Will Shuman, Jay Shuman and Dr. Sam Tayar

s/ will shuman_____
Counsel for the defendants