WILL SHUMAN, ESQ. (WS 3237)
Counsel for defendants
235 West 48th Street
Apartment 29D
New York, NY 10036
Telephone:     (646) 964-5204
will@assaralaser.com (e-mail)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

ROMEO & JULIETTE LASER HAIR
REMOVAL, INC. d/b/a ROMEO &
JULIETTE HAIR REMOVAL,

      Plaintiff,                                                    **NOTICE OF MOTION**

       -against-                                                    08 Civ. 0442 (TPG)

ASSARA I LLC, d/b/a ASSARA LASER                    ECF CASE (electronically
CENTER NYC, ASSARA LASER, et al.,                    (filed)

      Defendants.
_____x


      PLEASE TAKE NOTICE that, upon the accompanying Rule 56.1 Statement of

Defendants Assara I LLC, Jay Shuman, Will Shuman and Dr. Sam Tayar (the

"defendants"), the Affirmation of Will Shuman, dated July 8, 2008, together with the

exhibits thereto, the accompanying memorandum of law, and upon all prior pleadings and

proceedings herein.  The defendants will move this Court on July 28, 2008, at 10:00, or

as soon thereafter as counsel may be heard, before the Honorable Thomas P. Grisea,

United States District Judge, at the United States Court, 500 Pearl Street, New York, New

York, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting

summary judgment in defendants' favor and dismissing in its entirety plaintiff's causes of

action, with prejudice, and granting such other and further relief as the Court deems just

and proper.

Dated: New York, New York
      July 8, 2008

                       WILL SHUMAN, ESQ. (WS 3237)
                       *Counsel for the defendants*

                       /s/ will shuman_____

                       235 West 48th Street
                       Apartment 29D
                       New York, NY 10036
                       (646) 964-5204

TO:    Butler, Fitzgerald, Fiveson & McCarthy
       David K. Fiveson, Esq.
       David J. McCarthy, Esq.
       36 West 44th Street, Suite 816
       New York, New York 10036
       (212) 615-2215

       Attorneys for Plaintiff Romeo &
       Juliette Laser Hair Removal,
       Inc., d/b/a Romeo & Juliette Hair
       Removal