LAW OFFICES
## BUTLER, FITZGERALD, FIVESON & McCARTHY
A Professional Corporation
36 WEST 44TH STREET
SUITE 816
NEW YORK, NEW YORK 10036

David K. Fiveson
dfiveson@bffmlaw.com

Telephone 212-615-2200
Facsimile 212-615-2215

July 21, 2008

Hon. Thomas P. Griesa
Daniel Patrick Moynihan Building
United States Courthouse
500 Pearl Street
Room 1630
New York, New York   10007

Re:   Romeo & Juliette Laser Hair Removal Inc. v. Assara I LLC
      08 Civ 0442(TPG)
      Our File No. 3589/05573

Dear Judge Griesa:

The undersigned firm represents plaintiff Romeo & Juliette Laser Hair Removal, Inc.

Defendants' notice of cross-motion for summary judgment made the cross-motion returnable on July 28, 2008. Plaintiff's opposition papers are therefore due July 22, 2008.

We respectfully request an adjournment until August 5, 2008, of the time to oppose defendants' cross-motion. The reason for the adjournment is that we are endeavoring to obtain a non-party witness' affidavit to address some allegations raised in the cross-motion.

Respectfully submitted,

David K. Fiveson

DKF/dz

cc:   Will Shuman, Esq.