Will Shuman<br>
160 East 1st Street<br>
Suite 5B<br>
New York, NY 10009<br>
202.415.8207

May 19, 2016

**VIA ECF**

United States District Judge Denise L. Cote
Daniel Patrick Moynihan Building
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: *Romeo & Juliette Laser Hair Removal v. Assara I LLC, et. al*
       08 Civ. 442 (DLC)(FM)

Dear Judge Cote:

  I represent defendants Assara I LLC and myself ("defendants/appellants") in the above-referenced action. Defendants/appellants were carbon-copy recipients of the proposed judgment of plaintiff/appellee Romeo & Juliette Laser Hair Removal, Inc., which was e-mailed to the Court by plaintiff's counsel.

  Defendants/appellants intend to file an application with this Court to stay proceedings in this action pending resolution of their appeal, which is presently before the Second Circuit. Defendants/appellants further intend to file objections regarding plaintiff/appellee's proposed judgment.

  In light of the foregoing, defendants/appellants write to request permission to ECF file their contemplated application for a stay and objections to the proposed judgment by 3:00 p.m. on May 20, 2016 and in the form of letter not exceeding two pages.

            Sincerely,

            Will Shuman,
            *counsel for*
            *defendants/appellants*