LAW OFFICES
# BUTLER, FITZGERALD, FIVESON & McCARTHY
**A Professional Corporation**
NINE EAST 45TH STREET
NINTH FLOOR
NEW YORK, NEW YORK 10017
www.bffmlaw.com

Claudia G. Jaffe
212-615-2230
cjaffe@bffmlaw.com

Telephone 212-615-2200
Facsimile 212-615-2215

May 20, 2016

BY ELECTRONIC FILING
Hon. Denise L. Cote
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1610
New York, New York   10007

Re:  Romeo & Juliette Laser Hair Removal, Inc. v. Assara I LLC, et al.
     1:08-cv-00442 (DLC)(FM)
     Our File No. 3589/05573

Dear Judge Cote:

This firm represents plaintiff Romeo & Juliette Laser Hair Removal, Inc. ("Plaintiff"). We reply to ecf 324, the letter application dated May 19, 2016 filed by Will Shuman, Esq. on behalf of himself and his co-defendant Assara I LLC (collectively "Defendants").

Defendants seek: (i) to file an application requesting the Court refrain from entering the proposed judgment against them so that Defendants may offer an alternative proposed judgment; and (ii) a stay of any signed judgment pending determination of the appeal Defendants have indicated they will take.

There is no need for this Court to refrain from entering a judgment against Defendants. If Defendants seek to stay enforcement of any such judgment, they should avail themselves of Fed. R. Civ. P. 62(d)'s provisions allowing them to obtain a stay upon posting a supersedeas bond approved by the Court.

Respectfully submitted,

Claudia G. Jaffe

CGJ/rqs

cc:  Will Shuman, Esq. (by electronic filing)